■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID HUTCHINGS, Appellant. [994 NYS2d 862]—Judgment, Supreme Court, Bronx County (Caesar D. Cirigliano, J., at suppression hearing; Barbara F. Newman, J., at jury trial and sentencing), rendered March 10, 2010, convicting defendant of robbery in the first degree (two counts) and attempted robbery in the first degree, and sentencing him, as a second violent

felony offender, to an aggregate term of 20 years, unanimously affirmed.

The court properly denied defendant's motion to suppress identification evidence. The court had the unique opportunity to see and hear the witnesses (*see People v Prochilo*, 41 NY2d 759, 761 [1977]), and there is no basis for disturbing its credibility determinations, in which it rejected defendant's claim that he had requested the presence, at his lineup in this case, of one of the attorneys then representing him in pending cases.

We have considered and rejected defendant's pro se claims. Concur—Mazzarelli, J.P., Sweeny, Moskowitz, Richter and Feinman, JJ.